(United State Dist. Court For Anderson & Oconee, South Carolina, Divisions);
State of South Carolina County of Oconee, & Anderson, **RECEIVED USDC CLERK GREENVILLE, SC**
(Invacare Corp. Elyrian, Ohio-44035-USA), & SCDC(s);   **2020 DEC -3 PM 1:02**

Julian E. Rochester, a.k.a. 504/4014, Pro Se Kidnap-Citizen- | C/A No.
(Not a #m); J-Rock (75.3 yrs old), held 31 yrs, PCI-0135 & | C/A No. 4:19-cp-37-506 (Ten Cases)
0428 & 0497 & 0313-20-SCDC-Grieves -, | C/A No. 6:20-1509-RBH-KFM, &
~VS~            ~VS~            ~VS~ | C/A Nos. 6:19-862 & 1702 & 18-720,
1  Invacare Corporation, & owners?, et. al., | C/A No. 6:20-245-RBH, &
2  Invamex S. de R.L. de CV Avenida Inch, et. al., | C/A No: 6:16-469-RBH, et. al.,
*  Reynosa, Tamaulipas, 88283, & owners?, et. al., | (A Suppl. Amended to all ac-
3  B. Stirling-Dir. For SCDC-State, et. al., | tions); & 3rd party claims S.C.
4  H.P. McMaster, Govn.-State, et. al., | Codes 42-15-60 & 36-2-803(1)
5  Alan M. Wilson-(Atty. Gen), et. al., | Defective W. Chairs of Defs.
6  Frank S. Potts-Attys. for (SFAA), et. al., State,, | & dangerous sharp edges
7  Mark Hitchen-S.C. State Treasurer, State, et. al., | that cuts arms, & hands & bod-
8  Wellpath prison Hosp. Cola, Reg. Care Center, et. al., | y, etc, (Health Hazard), &
9  Beth Drake, U.S. Atty. & W. Barr (U.S. A. Gen)-Gov., et al., | (Dual Persona Doctrine),
10 R.B. Heswall-R.J.-U.S. Gov., et. al., | applies & Long Arm of So. Car.
11 K.F. McDonald-U.S. Mag. Gov., et. al., of 6,150- | Code of Law & Interstate Com-
Kidnappers-Conspirators-Murderers-Aiders, et. al.; | merce, 28 U.S.C. § 4100(a);

• B. of Prose J-Rock, Seeks to Suppl. Amended the Defs. above, to all cases & File inj-
  ury claims, & (Dual Persona Doctrine 3rd Claims); & Interstate Commerce applies
  to out state Defs), by Long Arm Statutes of S. Car. 15-9-210 & 36-2-803(1), &
  &

• 2). Pro Se has been (cut & scared), by dangerous defective W. chairs, by sharp
  edges not covered with (Soft Rubber), & has to be by Laws; Prose was cut
  (8-21, 20 & 3-21 to 4-8, 20), on his R-Elbow & above it on Back of Arm), & by
  (side piece on arm-rest-Front-edge), when he reach down in box or floor, &
  poured blood & wounds all over his clothes & Floor & bed; &
  &

• 3). Defs. & owners of Invacare Corp. & plant in Mexico, made & sold W-chairs,
  to Wellpath & ProSe, & to SCDC-State; #04T-0187 0315 & Part No.# 11-9437 15
  with green dot on top of Eleven), & Reg. No.# OH-4006-max, made in Mexico
  #1090766; (Unknown date) wasn't filled in), &
  &

• 4). Prose got one at Wellpath (3-21, 19?) new, took out of his Social Security,

(1-4 of 5)

Invacare Corp.

& made to leave it there by guards (4-8,19), & got new one above (4-19,19), at Perry ALU-192, & sign for it, & has to use W-Chair, cause he can't walk-stand, & had stroke (2-12,19) whole R-side, & (19) since (2-15,17 to Oct.12,20), by DJ

5). Defs. were (Gross Negligent), by not putting (simple) Soft Rubber covers over sharp edges, & (Breached of Contract) that their (Tracer SX5) W-chairs met Fed. & State safety standard, & would not harm (user-Prose),,

See; Site Finders V. Offel, 417 S.E. 2d 620 (S.C.1992), & Gen. Sprinker Corp., 273 F. Supp. 557 (D.S.C.1970) Breached Contract unsafe products—liability)),,

See; Columbia Pictures Tele. v., 106 F.3d 284 (9th Cir, 1997) Venue proper 28 USC § 1400 (a) Any Jurisd. where Party has business are does Transaction or Lives),,

See; Hicks, 106 F.3d 187 (7th Cir,1992) Interstate Commerce act, once Transaction crosses state (s) lines applies),,

See; Hancock, 45 S.E.2d 850, 853 (S.C.1947) §10-421 (Supp 1975), codified in §15-9-210 (1976) Applies domestic or Foreign corporation, can be served any where they do business, or transaction, are own property,) §36-2-803(1) (1976) by S.C. Laws statutes),,

6). Defs, SCDC, & Wellpath, & Invacare Corp., & S.C. State, & Invamex Si de RL, de CV Avenida Tench, all Fall under (3rd party S.C. Code §42-15-60, Claims to Prose), by they sold W-chairs to Defs., (For Prose to be Forced to use unsafe) (Tracer SX5) W-chairs, when he needed (Electric W-Chair & Zinger to use)(By), because Prose can't use his hands & thumbs, by they have been broken over 800 times, & ~~[struck out]~~ & both collar bone Ball joints, & all disks in neck & Back damaged, & all Ribs & L-Hip implanted put in defective (2-26-04), & R-knee broken, & both wrists & Elbows (Not well), & not allowed med. cares, nor proper W-Chairs), By the (814-beatings), & beat to death 5 times & died twice (3-26-19) at Palmetto Hosp., Lay dead (15½ hrs) & Prose was (Cold & No Pulse), See PCR 0135 & 0428 & 0313 & 0497-20-SCDC-Grievs., & They refuse to get proper W-Chairs, Nor release Prose, nor pain—Settle claims in above cases, (Reason held in Kidnap Status 3½ yrs), &

7). Prose J-Reck, seeks from defs., above, & Defs., For injurys & scars & pain, & For being forced to use unsafe W-chairs, & (Causing more pain & suffering, & injurys—harms, to already (broken-unhealed bones-Body parts) etc, in the amounts of $200 Billion, & (beaten & dragged by neck (Dec.14,17), that tore neck muscles down on back, & that unsafe-improper W-Chair causes pain to), & having to use L-Hip-Foot to get around only in Room, can't

—2—

(Invacare Corp),
case R-foot yet, by stroke (2-12,19), effects it, & whole R-side, etc, see PCR-0096 & 0913 & 0914-17, why harmed, & (can't go out of Room by having wrong W-chairs), & having to build more Time, after maxing out SCDC-illegal dates (Sept 12, 2020), they added to illegal (30 yrs.) sentences, & move to (Jan 12, 2023), when real date is (Dec. 26, 84), see PCR-0135-20, & because I had stroke, & couldn't go to parole hearing, I was charged with Disciplinary viols., that added 2 yrs. or more (Oct 27, 2019), to sentences, &, &

8). ProSe also hurt by other W-chairs, made by same Defs, by ((Unsafe arm Rests - cheap plastic covers), that bust open within (one hour or 7 hrs), & cut arms & elbows & hands & & every one had to wrap them in towels & tape, ProSe cut Elbow & arm (7-?, 16), in ALU-185 & GPH (5-27, 16), & on (foot rest release sharp edges), cell 144, & med. staff tryed to say I cut my self (lying), to cover up (dangerous unsafe W-Chairs), & refuse to treat, nor make accupunct-records, ;; see Forged 9/A 6:18-2019-RBH-KFM, & 6:17-6120 & 794 & 3253 & 6:18-1979, over 9,000 Forged 6:18-1710-RBH, by Beth Drake-U.S. Attys., to protect Defs, from suits & arrests & Judgts & herself, &

Reliefs Sought),,

9). ProSe seeks these by Breached Contract, & Gross Negligent, & in Defs, personal, individually & official capacity, & (from each) compensatory $_____ & punitive damages $_____ & for physical & mental & emotional injurys; $_____ , & Nominal damages - $_____,

10). & these actions authorized by 42 USC-sec. 1983 & 1985 (3), & court has Jurisdict. by 28 USC §1331 & 1343 (a)(3), & S.C. codes 42-15-60 (3rd party) Duth Persona doctrine, & S.C. Long Arm 15-9-210 & 36-2-803(1); Interstate Commerce, & §10-421 (supp 1975), codified in 15-9-210 (1976), & 1st, 4th, 6th, 8th, 13th, 14th-amends., & Equal protection & Due process rights & Liberty interests, & ProSe seeks declaratory reliefs 28 USC-2201 & 2202 & injunctive reliefs are authorized by 2283 & 2284 & Rules 65 & S.C. Codes 15-53-120 & 59 Fed. R. C.P., & Court has Venue 28 USC-1391 (b)(2) where claims-harms occured; & trial by jurys & parts by judges demanded, Rules 38 (b) & 39 (a),, & costs & Attys. Fees & for any reliefs Ct, deems just,, &

11), For Ct. to appoint ProSe 504/ADA-Lawyers, to handle actions, & waive costs to Defs, §1915 (b)(A) & F (4), & ProSe's life in danger & hes indigent - 6:18-1709 & 1710 & 1979-RBH, & 28 KFR, Part-35-130(f) NO fees can be

3-4.

(Reliefs continued);                              (Invacare Corp)

charged Prose 504/ADA, by Courts; By

see; Tenn, 541 U.S. 509 (2004) 504/ADA to access to all Cts, No Fees);; & above Laws-statutes,;&

12). & For Haywell & McDonald-Judges & Forgoe, to recuse & For Clerks to File & place before Judges Hawkins, & GML & GMB, to handle cases & serve Defs, again & send Prose a copy, & Lawyers names & address whom Court appoints to speak for Stroke (2-12-19) effected Voice & Balance & Writing, so they can defend cases properly, & Force Defs, to Fix W-Chairs with soft rubber slip on edge covers, make out of same rubber on brake handles, & Facts are sworn to under penalty of perjury as true, by (18 USC-1621 & 1746), & Ct. to hold Speedy hearings & Trials, if not settled before hand;; &

                           Respectfully submitted,
Dated (Nov. 25, 2020),     Julian E. Rochester, once, 171579
(Wed 4 P.M. (Jan. 30),         (J-Rock-504/ADA)
&            (Certificate of Service),

13). Prose J-Rock, Certifies & Verifies, he served Defs, 3rd partys B. Stirling-Dir. & Annie Rumler, Dep. Gen. Counsel, at Hq SCDC, P.O. Box 21787/4444, Broad River Rd, Cola., So. Car., 29221, & Invacare Corp., One Invacare Way, Elyria, Ohio, 44035-USA, & Hawkins & GML & GMB, Fed. Judges, at USDC, 300 E. Wash. St. Rm. 239, Greenville, So. Car., 29601, one copy of J-Rock V. Invacare Corp. (9 ps), by U.S. mail & Inter Agency, by Ms. Marchant Mail Dr., & sworn to under penalty of perjury as true facts are by (18 USC-1621 & 1746), from address below on (Nov. 30, 20), & (Serving these will serve all again); & all Defs, 6, 150),     Respectfully submitted, J-Rock.
Dated (Nov. 25, 2020),     Julian E. Rochester, once, 171579
(Perry Corr. Inst/ALU-192/430 Oaklawn Rd/Pelzer, So. Car. 29669-9363)

⊗ To: Clerks Chandler, & Judges,,           (Nov. 25, 20)

●) Please file & see No. #12 above to do, thanks J-Rock, & best wishes to all for Holidays!

                    Respectfully;
                    Julian E. Rochester, once, 171579
                         (J-Rock)



                    (4 of 5)